NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL WINSTON,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5093

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-232, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**O R D E R**

Michael Winston moves for "protection" and submits various letters and a document entitled "Rule 60-B Motion." The United States moves for leave to respond.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Winston's motions are denied. Arguments concerning this case should be placed in the briefs, and not in letters.

(2) The motion to respond is granted and the response is accepted. The United States should calculate its brief due date from the date of filing of this order.

FOR THE COURT

DEC 22 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael Winston
    James P. Connor, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 22 2011

JAN HORBALY
CLERK